**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Justin R. Kastelic                     CHAPTER 13
                 Debtor(s)

                                              BKY. NO. 19-23159 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Brent J. Lemon
PA Western BK
31 May 2024, 12:17:38, EDT

Denise Carlon, Esq. (317226)    ☐
Brent Lemon, Esq. (86478)       ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com