UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  JUSTIN R. KASTELIC<br><br>        Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>    vs.<br>JUSTIN R. KASTELIC<br><br>    Respondents | Case No. 19-23159CMB<br><br>Chapter 13<br><br>Document No. 66 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this **6th** day of **September** 20**24**, it is hereby ORDERED, ADJUDGED, and DECREED that,

Star Auto Mall
Attn: Payroll Manager
5200 State Route 30
Greensburg, PA 15601

is hereby ordered to immediately terminate the attachment of the wages of JUSTIN R. KASTELIC, social security number XXX-XX-1908. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JUSTIN R. KASTELIC.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

*Carlota M. Böhm*
**dmr**
UNITED STATES BANKRUPTCY JUDGE

FILED
9/6/24 1:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23159-CMB |
| Justin R. Kastelic | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 2
Date Rcvd: Sep 06, 2024  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Justin R. Kastelic, 27 Meade Drive, Latrobe, PA 15650-1016 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2024       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor Lakeview Loan Servicing LLC amps@manleydeas.com |
| Brent J. Lemon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Charles Griffin Wohlrab | on behalf of Creditor Lakeview Loan Servicing LLC. bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Christopher A. DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC. logsecf@logs.com |
| Corey J. Sacca | on behalf of Debtor Justin R. Kastelic csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Sep 06, 2024 | Form ID: pdf900 | Total Noticed: 1

Kevin M Buttery
    on behalf of Creditor Lakeview Loan Servicing  LLC. kbuttery@rascrane.com

Kevin Scott Frankel
    on behalf of Creditor LoanCare et al pabk@logs.com logsecf@logs.com

Michelle L. McGowan
    on behalf of Creditor Lakeview Loan Servicing  LLC mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Seth Penner
    on behalf of Creditor Latrobe Federal Credit Union info@covellilaw.com

Sindi Mncina
    on behalf of Creditor Lakeview Loan Servicing  LLC. smncina@raslg.com

Stephen Russell Franks
    on behalf of Creditor Lakeview Loan Servicing  LLC. amps@manleydeas.com

Thomas Song
    on behalf of Creditor Plaza Home Mortgage  INC pawb@fedphe.com

TOTAL: 15