2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 19-23159-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Justin R. Kastelic
27 Meade Drive
Latrobe PA 15650

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/06/2024.

Name and Address of Alleged Transferor(s):

Claim No. 5: Lakeview Loan Servicing, LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

Rushmore Servicing
ATTN: Bankruptcy Dept
PO Box 619096
Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  12/14/24

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23159-CMB |
| Justin R. Kastelic | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 12, 2024 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15622565 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 12 2024 23:53:00 | Lakeview Loan Servicing, LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 14, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2024 at the address(es) listed below:

**Name**                          **Email Address**

Brent J. Lemon
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com

Charles Griffin Wohlrab
    on behalf of Creditor Lakeview Loan Servicing  LLC. bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Christopher A. DeNardo
    on behalf of Creditor Lakeview Loan Servicing  LLC. logsecf@logs.com

Corey J. Sacca
    on behalf of Debtor Justin R. Kastelic csacca@bononilaw.com
    coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Dec 12, 2024 | Form ID: trc | Total Noticed: 1

Kevin M Buttery
    on behalf of Creditor Lakeview Loan Servicing  LLC. kbuttery@rascrane.com

Kevin Scott Frankel
    on behalf of Creditor LoanCare et al pabk@logs.com  logsecf@logs.com

Michelle L. McGowan
    on behalf of Creditor Rushmore Servicing mimcgowan@raslg.com

Michelle L. McGowan
    on behalf of Creditor Lakeview Loan Servicing  LLC mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Seth Penner
    on behalf of Creditor Latrobe Federal Credit Union info@covellilaw.com

Sindi Mncina
    on behalf of Creditor Lakeview Loan Servicing  LLC. smncina@raslg.com

Stephen Russell Franks
    on behalf of Creditor Lakeview Loan Servicing  LLC. amps@manleydeas.com

Stephen Russell Franks
    on behalf of Creditor Lakeview Loan Servicing  LLC amps@manleydeas.com

Thomas Song
    on behalf of Creditor Plaza Home Mortgage  INC pawb@fedphe.com

TOTAL: 16