IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JUSTIN R. KASTELIC

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-23159

Chapter 13

Document No.: 73

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this **13th** day of **December**, 20**24**, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
12/13/24 10:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_  dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23159-CMB |
| Justin R. Kastelic | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Dec 13, 2024 | Form ID: pdf900 | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\##       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Justin R. Kastelic, 27 Meade Drive, Latrobe, PA 15650-1016 |
| 15102692 | + | Latrobe Federal Credit Union, 1812 Ligonier St., Latrobe, PA 15650-2917 |
| 15122728 | + | Latrobe Federal Cu, 1812 Ligonier St, Latrobe, PA 15650-2917 |
| 15122730 | + | Peoples Gas Bankruptcy Dept., 375 N Shore Drive Ste 600, Attn: Dawn Linder, Pittsburgh, PA 15212-5866 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Dec 13 2024 23:40:00 | Lakeview Loan Servicing, LLC., RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 15102689 | | Email/Text: caineweiner@ebn.phinsolutions.com | Dec 13 2024 23:40:33 | Caine Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 15102690 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 13 2024 23:40:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 15102691 | + | Email/Text: SAABankruptcy@fcbanking.com | Dec 13 2024 23:40:00 | First Commonwealth Ban, 600 Philadelphia St, Indiana, PA 15701-3904 |
| 15179755 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 13 2024 23:40:00 | Lakeview Loan Servicing, LLC, Loancare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 15622565 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 13 2024 23:40:00 | Lakeview Loan Servicing, LLC, Nationstar Mortgage LLC, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 15519642 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 13 2024 23:40:00 | Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 15136138 | | Email/PDF: cbp@omf.com | Dec 14 2024 01:16:22 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 15102693 | + | Email/PDF: cbp@omf.com | Dec 13 2024 23:51:28 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15143005 | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 13 2024 23:40:00 | PLAZA HOME MORTGAGE, INC, PHH MORTGAGE CORPORATION, 1 MORTGAGE WAY, MAIL STOP SV-22, MT. LAUREL NJ 08054-4637 |
| 15118728 | + | Email/Text: ebnpeoples@grblaw.com | Dec 13 2024 23:40:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15102694 | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 13 2024 23:40:00 | Phh Mortgage Services, 1 Mortgage Way, Mount |

Case 19-23159-CMB   Doc 81   Filed 12/15/24   Entered 12/16/24 00:28:05   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 13, 2024 | Form ID: pdf900 | Total Noticed: 18 |

| Recip ID | | | | |
|---|---|---|---|---|
| 16457451 | + | Email/Text: nsm_bk_notices@mrcooper.com | | Laurel, NJ 08054-4624 |
| | | | Dec 13 2024 23:40:00 | Rushmore Servicing, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 15126944 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 13 2024 23:40:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |
| cr | | LoanCare et al |
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | Plaza Home Mortgage, INC |
| cr | | Rushmore Servicing |
| cr | *+ | LAKEVIEW LOAN SERVICING, LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | *+ | Latrobe Federal Credit Union, 1812 Ligonier Street, Latrobe, PA 15650-2917 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15122725 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 15122726 | *+ | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 15122727 | *+ | First Commonwealth Ban, 600 Philadelphia St, Indiana, PA 15701-3904 |
| 15122729 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15122731 | *+ | Phh Mortgage Services, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 15122732 | *+ | Shapiro & DeNardo, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 15102695 | ##+ | Shapiro & DeNardo, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 5 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 15, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2024 at the address(es) listed below:

**Name**              **Email Address**

Brent J. Lemon
on behalf of Creditor LAKEVIEW LOAN SERVICING LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com

Charles Griffin Wohlrab
on behalf of Creditor Lakeview Loan Servicing LLC. bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Christopher A. DeNardo
on behalf of Creditor Lakeview Loan Servicing LLC. logsecf@logs.com

Corey J. Sacca
on behalf of Debtor Justin R. Kastelic csacca@bononilaw.com

Case 19-23159-CMB    Doc 81    Filed 12/15/24    Entered 12/16/24 00:28:05    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 13, 2024 | Form ID: pdf900 | Total Noticed: 18 |

coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com

Kevin M Buttery
on behalf of Creditor Lakeview Loan Servicing LLC. kbuttery@rascrane.com

Kevin Scott Frankel
on behalf of Creditor LoanCare et al pabk@logs.com logsecf@logs.com

Michelle L. McGowan
on behalf of Creditor Rushmore Servicing mimcgowan@raslg.com

Michelle L. McGowan
on behalf of Creditor Lakeview Loan Servicing LLC mimcgowan@raslg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Seth Penner
on behalf of Creditor Latrobe Federal Credit Union covellilawoffices@yahoo.com

Sindi Mncina
on behalf of Creditor Lakeview Loan Servicing LLC. smncina@raslg.com

Stephen Russell Franks
on behalf of Creditor Lakeview Loan Servicing LLC. amps@manleydeas.com

Stephen Russell Franks
on behalf of Creditor Lakeview Loan Servicing LLC amps@manleydeas.com

Thomas Song
on behalf of Creditor Plaza Home Mortgage INC pawb@fedphe.com

TOTAL: 16